CEASAR SANSEVERO, Appellant, v. ISRAEL SCHWARTZ, Respondent.— In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Kings County, dated November 13, 1959, which granted reconsideration or reargument of his motion for a preference in trial under rule 9 of the Kings County Supreme Court Rules, and which, on such reconsideration, denied the motion. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.